| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | PAUL L. STARITA<br>Assistant United States Attorney |
| 3 | California State Bar No. 219573<br>United States Attorney's Office |
| 4 | 880 Front Street, Room 6293<br>San Diego, California  92101-8893 |
| 5 | Telephone: (619) 557-6507 / Fax: (619) 235-2757<br>Email:  paul.starita@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ8237 |
| Plaintiff, | ) ) ) | **UNITED STATES' MOTION TO** |
| v. | ) ) | **DISMISS COMPLAINT WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |
| FRANCISCO JAVIER GALLEGOS-<br>ZAZUETA (1),<br>MARIA TERESA LEON (2),<br>SERGIO AISPURO-BADILLO (3),<br>HOMERO ESQUIVEL-ANGEL (4), | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, respectfully requests pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss without prejudice, the Complaint in the above-entitled case, as to Defendants FRANCISCO JAVIER GALLEGOS-ZAZUETA (1), MARIA TERESA LEON (2), SERGIO AISPURO-BADILLO (3), and HOMERO ESQUIVEL-ANGEL (4).  This motion is made in the interest of justice.

DATED: March 27, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Paul L. Starita*
PAUL L. STARITA
Assistant United States Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FRANCISCO JAVIER GALLEGOS-ZAZUETA (1),<br>MARIA TERESA LEON (2),<br>SERGIO AISPURO-BADILLO (3),<br>HOMERO ESQUIVEL-ANGEL (4),<br><br>Defendants. | Criminal Case No. 08MJ8237<br><br>CERTIFICATE OF SERVICE |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Paul L. Starita, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANTS (1) AND (4)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart, Esq.

2. Frank Matthew Mangan, Esq.
   Hanni M. Fakhoury, Esq.
   Federal Defenders of San Diego, Inc.

3. Julie A. Blair, Esq.

4. Robert L. Swain, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. N/A.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

/s/ *Paul L. Starita*
PAUL L. STARITA
Assistant United States Attorney