```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCO JAVIER GALLEGOS- ) <br> ZAZUETA (1), ) <br> MARIA TERESA LEON (2), ) <br> SERGIO AISPURO-BADILLO (3), ) <br> HOMERO ESQUIVEL-ANGEL (4), ) <br> ) <br> Defendants. ) | Criminal Case No. 08MJ8237 <br><br> **ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Complaint in Criminal Case No. 08MJ8237 is dismissed as to Defendants FRANCISCO JAVIER GALLEGOS-ZAZUETA (1), MARIA TERESA LEON (2), SERGIO AISPURO-BADILLO (3), and HOMERO ESQUIVEL-ANGEL (4), without prejudice.

**IT IF FURTHER ORDERED** that Defendants FRANCISCO JAVIER GALLEGOS-ZAZUETA (1), MARIA TERESA LEON (2), SERGIO AISPURO-BADILLO (3), and HOMERO ESQUIVEL-ANGEL (4), be released if in custody or that bond be exonerated if bond has been posted.

**SO ORDERED.**

DATED: 4-1-, 2008.

United States Magistrate Judge

FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY